IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

JERRY and VANESSA HOGGATT

VERSUS

STATE FARM FIRE & CASUALTY COMPANY

SUBPOENA IN A CIVIL CASE
CASE NO. 5:07-MC-38

## ORDER

**HAVING CONSIDERED** the foregoing Motion to Dismiss the Motion to Quash, or in the Alternative, Motion for a Protective Order filed by Forensic Analysis & Engineering Corp., the Court finds that the dispute between the parties has been settled and Forensic Analysis & Engineering Corp. has responded to the Subpoena Duces Tecum served upon it, and therefore, the Court finds Forensic Analysis & Engineering, Corp.'s Motion moot.

**IT IS HEREBY ORDERED** that the Motion to Quash, or in the Alternative, Motion for a Protective Order is hereby dismissed, with each party to bear their own costs for this matter.

Raleigh, North Carolina, this ____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
District